UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE COBARRUBIA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY EDWARDS,<br><br>Defendant. | Case No. 4:19-cv-07899-KAW<br><br>**ORDER REGARDING PRETRIAL FILINGS AND EXHIBITS**<br><br>Re: Dkt. Nos. 65-81 |

On August 24, 2021,[1] the parties filed their pretrial filings in this case. (Dkt. Nos. 65-81.) Pursuant to General Order 78, the courtesy copy requirement in the local rules is suspended pending further notice, unless a judge orders otherwise in a specific case. While this does not supersede the Case Management and Pretrial Order issued in this case, in the interest of clarity, the Court hereby ORDERS the parties to provide copies of these pretrial filings.

The parties shall lodge **two sets** of all pretrial filings (Dkt. Nos. 65-81) to the Oakland Clerk's Office, 1301 Clay Street, Suite 400 South, Oakland, California 94612 on or before **Friday, August 27, 2021 at 12:00 PM.** The pretrial filings must be contained in a binder, separated by tabs (i.e., joint pretrial statement, trial brief, voir dire questions, jury instructions, verdict forms, excerpts of discovery, etc.).

Additionally, pursuant to the Case Management and Pretrial Order for Jury Trial, the parties are required to lodge **three sets** of exhibits. (Dkt. No. 25 at 6.) These exhibits must be pre-marked, tabbed, and in binders. *Id.* If they have not done so already, the parties shall lodge their respective exhibits by **Friday, August 27, 2021 at 12:00 PM.**

---

[1] Plaintiff experienced some docketing errors, and refiled certain documents on August 25, 2021. This order applies to those documents as well. (Dkt. Nos. 80-81.)

Unless otherwise ordered by the Court, the parties need not provide courtesy copies of the objections and replies to objections.

IT IS SO ORDERED.

Dated: August 25, 2021

*/s/ Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge