UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE COBARRUBIA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY EDWARDS,<br><br>Defendant. | Case No. 4:19-cv-07899-KAW<br><br>**PROTOCOLS FOR JURY SELECTION AND TRIAL** |

In light of the COVID-19 pandemic, the Court is enacting the following protocols to protect the public health, as well as the health of jurors, the parties, counsel, and Court staff:

**I.   GENERAL MASKING IN THE COURTROOM AND COURTHOUSE**

All persons participating in this trial, including without limitation counsel, the parties, witnesses, support staff, jurors, prospective jurors, the Court, court staff, and observers, shall wear a mask at all times when in the courtroom, the jury room, and any public area of the courthouse, such as hallways, entryways, and restrooms.

All masks must consist of two or more layers.  Single-layer masks, neck gaiters, bandanas, or masks with valves or vents are not permitted.  Face shields may only be worn if the wearer is also wearing a suitable mask.

The undersigned recommends that counsel wear surgical masks to allow them to be heard clearly.  The Court will provide single-use clear masks for all witnesses.

**II.   JURY SELECTION**

**A.   Juror Questionnaires**

The parties will receive copies of prospective jurors' responses to the juror questionnaire at the Technology Setup, which is being held on Friday, September 24, 2021 at 10:00 AM.  The

questionnaire will consist of the Northern District of California's Standard Confidential Juror Questionnaire and up to 10 case-specific questions. The responses will be labeled by juror number.

### B. Voir Dire

Voir dire will begin at 9:30 AM. Prospective jurors will be spread throughout the courtroom to enable social distancing, because no more than four jurors may sit in the jury box at a given time.

The Court will conduct the majority of the voir dire, and the parties shall have no more than 15 minutes per side of questioning. Potential jurors will be provided sanitizing wipes and gloves, and they will pass a handheld microphone.

Any potential jurors who need to speak confidentially with the Court and counsel will be taken, one at a time, into the jury room. After this is concluded, each side will have 3 peremptory challenges.

### C. Number of Jurors

The Court will empanel a jury consisting of eight (8) jurors and zero (0) alternates.

## III. TRIAL

### A. Trial Day

Trial will run from 9:30 AM to 2:30 PM, with a 30-minute break from 12:00 to 12:30. Counsel will arrive at 9:00 to address any housekeeping matters.

Light refreshments will be provided to jurors during the trial, and lunch will be provided during jury deliberations.

### B. Courtroom Occupancy Limits

After jury selection, no more than 25 persons shall occupy the courtroom at one time. Any remaining capacity after accounting for the jury, witnesses, the Court, and Court staff shall be divided equally between Plaintiff and Defendant.

### C. Social Distancing

All persons associated with the trial shall make reasonable efforts to practice social distancing. The jury will be spread throughout the courtroom.

### D. Speak from the Counsel Table or Special Podium

To protect Court staff and the jurors, counsel will not speak from the regular podiums or be permitted to walk around the courtroom. Counsel will have the option of speaking directly from the counsel table or at a podium with a microphone that will be positioned between the counsel tables.

### E. Exhibits

All exhibits must be digitized. The parties shall meet and confer regarding stipulating to the admission of exhibits to which they do not object to reduce time in court.

### F. Sidebars

There will be no sidebars. Any anticipated issues should be addressed during the morning "housekeeping" session to reduce the number of sidebars.

### G. Public Access to the Trial

Public Access to the trial shall be provided via the Court's AT&T conference call line: Tel.: (877) 873-8018; Access code: 5279114.

These procedures are subject to modification as necessary.

IT IS SO ORDERED.

Dated: September 15, 2021

KANDIS A. WESTMORE
United States Magistrate Judge