1  **LAW OFFICES OF JOHN L. BURRIS**
   JOHN L. BURRIS, ESQ., (SBN 69888)
2  K. CHIKE ODIWE, ESQ., (SBN 315109)
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone: (510) 839-5200
5  Facsimile: (510) 839-3882
   john.burris@johnburrislaw.com
6  chike.odiwe@johnburrislaw.com

7  Attorneys for Plaintiff
8  NICOLE COBARRUBIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NICOLE COBARRUBIA, an individual, | Case No. 19-cv-07899-KAW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| JEFFERY EDWARDS, individually and in his official capacity as deputy sheriff for the Alameda County Sheriff's Office, | |
| Defendant. | |

The parties, acting by and through their attorneys of record, stipulate pursuant to FRCP 41(a)(2) for an Order dismissing the entire action with prejudice each side to bear their own fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: January 12, 2022                     LAW OFFICES OF JOHN L. BURRIS

By: ___*/s/ K. Chike Odiwe*___
John L. Burria
K. Chike Odiwe
Attorneys for the Plaintiff


ORBACH HUFF & HENDERSON

Dated: January 12, 2022                     By: ___*/s/ Christopher Creech*___
Christoper Creech
Attorney for Defendant

### **ATTORNEY ATTESTATION**

I, K. Chike Odiwe, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: January 12, 2022                               ___*/s/ K. Chike Odiwe*___
K. Chike Odiwe

---

1

STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

## **ORDER**

Good cause appearing the stipulation IS SO ORDERED.

DATED: 4/1/2022

HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE